# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**KELVIN FRAZIER,**

    **Plaintiff,**

**v.**                                             **Case No. 1:18cv205-MW/GRJ**

**WARDEN T. LAMB, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice pursuant to the three-strikes bar under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on December 14, 2018.**

                                                        **s/ MARK E. WALKER**
                                                        **Chief United States District Judge**